UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PRATT, | Case No. 3:26-cv-00031-ART-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| M.D., *et al.*, | |
| Defendants. | |

On January 16, 2026, Plaintiff John Pratt submitted a complaint under 42 U.S.C. § 1983, an application to proceed *in forma pauperis*, and a motion for the appointment of counsel. (ECF Nos. 1, 1-1, 1-2.) However, the complaint is not signed. (*See* ECF No. 1-1 at 6.) Because Plaintiff is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a). If Plaintiff does not promptly correct this omission, then the Court must strike the unsigned complaint. *See id.*

It is therefore ordered that Plaintiff has until **February 20, 2026**, to submit a signed complaint in this case.

Plaintiff is cautioned that failure to timely comply with this order will result in the Court striking the complaint and may result in this action being dismissed without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can submit a signed complaint.

The Clerk of Court is kindly directed to send Plaintiff a courtesy copy of the unsigned complaint (ECF No. 1-1).

DATED: January 21, 2026.

_____
UNITED STATES MAGISTRATE JUDGE