UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PRATT,<br><br>                      Plaintiff,<br><br>     v.<br><br>M.D., *et al.*,<br><br>                  Defendants. | Case No. 3:26-cv-00031-ART-CSD<br><br>**ORDER** |

According to the Complaint that initiated this case and the Nevada Department of Corrections database, Plaintiff John Pratt's NDOC number is 1300925, and he is currently confined at Northern Nevada Correctional Center ("NNCC"). When this case was opened, however, Pratt's NDOC number was mistakenly recorded on the docket as 1300425. The initial attempt to deliver filings in this case to Pratt relied on this mistaken NDOC number, and they were returned as undeliverable with a note that the inmate with NDOC number 1300425 is located at High Desert State Prison ("HDSP"), not NNCC. (*See* ECF No. 6.) Pratt's NDOC number was then corrected on the docket to 1300925, and certain filings were resent to Pratt at NNCC. But those filings were again returned as undeliverable with the note, "located at HDSP." (*See* ECF No. 8.)

**Now that Pratt's NDOC number has been corrected on the docket, it is unclear why filings sent to Pratt at NNCC are still being returned as undeliverable**. To ensure that Pratt is receiving mail from the Court, **the Court will specifically direct the NNCC law librarian to serve Pratt with the necessary filings in this case**. The Court also recognizes that it entered an order directing Pratt to submit a signed complaint in this case by February 20, 2026 (ECF No. 5), and that order is yet to reach Pratt, so the Court extends that deadline to March 5, 2026.

The Clerk of Court is therefore kindly directed to send Pratt a copy of the advisory letter (ECF No. 3) and the Court's prior order (ECF No. 5), with its attached copy of the unsigned complaint (ECF No. 5-1).

It is further ordered **the NNCC law librarian** is directed to **serve Plaintiff John Pratt, NDOC number 1300925, with a copy of the advisory letter (ECF No. 3) and the Court's prior order (ECF No. 5), with its attached copy of the unsigned complaint (ECF No. 5-1)**.

It is further ordered that Plaintiff has until **March 5, 2026**, to submit a signed complaint in this case.

DATED: February 3, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2